BERNARD POGOSTIN v. UNIROYAL INC. v. WILLIAM LEIGHTON.

July 7, 1987.

Petition for certification denied.

CROMWELL ASSOCIATES v. MAYOR AND COUNCIL OF THE CITY OF NEWARK.

July 7, 1987.

Petition for certification denied.

KIMBERLY KROL v. CLEMENTON AMUSEMENT PARK.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CITY OF CLIFTON v. SAMUEL C. PENNELLA.

July 7, 1987.

Petition for certification denied.